UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAMA ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION, a Delaware corporation; WABTEC CORPORATION, a Pennsylvania corporation; and DOES I-20, inclusive,<br><br>　　　　　Defendants. | Civil Action No. 3:09-CV-00202-LRH-RAM<br><br>*Electronic Filing*<br><br>**<u>DEFENDANT'S CORRECTED CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (FIRST REQUEST)</u>**<br><br><u>AND ORDER</u> |

　　　　Defendant Westinghouse Air Brake Technologies Corporation and/or WABTEC Corporation hereby request a 20-day extension to answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendant states as follows:

　　　　1.　Plaintiff filed his Complaint in the above-captioned action on April 20,

- 1 -

1  2009.

2  　　2.　Plaintiff served his Complaint on Defendant on August 12, 2009.
3  Accordingly, Defendant's answer or other response to the Complaint is due on September 1,
4  2009.

5  　　3.　Due to the requirements of other business, Defendant requests a 20 day
6  extension to answer or otherwise respond to Plaintiff's Complaint. Accordingly, Defendant's
7  answer or other response would be due on September 21, 2009.

8  　　4.　In a telephone voicemail on August 28, 2009, Plaintiff's counsel
9  consented to Defendant's request for a 20-day extension.

10 　　5.　No prejudice will result to either party by the grant of this Motion.

11 　　WHEREFORE, Defendant respectfully requests that its Consent Motion for
12 Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint be granted and that
13 Defendant be given until September 21, 2009 to provide an answer or other response to the
14 Complaint.

15 　　RESPECTFULLY SUBMITTED this _1st_ day of _SEPTEMBER_, 2009

16 　　　　　　　　　　　　　　　Patrick W. Ritchey, Esq.
17 　　　　　　　　　　　　　　　Andrew T. Quesnelle, Esq.
　　　　　　　　　　　　　　　REED SMITH LLP
18 　　　　　　　　　　　　　　　Reed Smith Centre
　　　　　　　　　　　　　　　225 Fifth Avenue
19 　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　Of Counsel, Attorneys for Defendant
20

21 　　　　　　　　　　　　　　　Dena Narbaitz, Esq.
　　　　　　　　　　　　　　　CURIALE HIRSCHFELD KRAEMER LLP
22 　　　　　　　　　　　　　　　5450 Longley Lane
　　　　　　　　　　　　　　　Reno, NV 89511
23 　　　　　　　　　　　　　　　Attorneys for Defendant
24

25 　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Brian Gonsalves, Esq., SBN 9815
26 　　　　　　　　　　　　　　　GEORGESON ANGARAN, CHTD.
27 　　　　　　　　　　　　　　　5450 Longley Lane
　　　　　　　　　　　　　　　Reno, NV 89511
28 　　　　　　　　　　　　　　　Of-Counsel to Curiale Hirschfeld Kraemer LLP
　　　　　　　　　　　　　　　and Attorneys for Defendant

1
2  IT IS SO ORDERED this 2nd day of September, 2009.
3
4
5  _____
6  LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28